UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRIS and GLORIA MARTINEZ,　　　　　No. 2:10-cv-02780-MCE-KJM

　　　　Plaintiffs,

　　v.　　　　　　　　　　　　　　　MEMORANDUM AND ORDER

WORLD SAVINGS INC. dba WORLD
SAVINGS BANK, WELLS FARGO
BANK, N.A., WACHOVIA MORTGAGE
CORPORATION, RON BROWN and
ASSOCIATES,

　　　　Defendants.

----oo0oo----

　　Plaintiffs Chris and Gloria Martinez ("Plaintiffs") seek redress from Defendants World Savings Inc. dba World Savings Bank, Wells Fargo Bank, N.A., Wachovia Mortgage Company, and Ron Brown and Associates ("Defendants"), based on alleged violations of the Truth in Lending Act ("TILA"), the Real Estate Settlement and Procedures Act ("RESPA"), and other various state law claims.

///

///

///

1

1  Presently before the Court is Defendant Wachovia Mortgage's
2  ("Wachovia") Motion to Dismiss Plaintiffs' Complaint for failure
3  to state a claim upon which relief may be granted, pursuant to
4  Federal Rules of Civil Procedure 12(b)(6), and (9).  Plaintiffs
5  have failed to timely file an opposition.
6      Pursuant to Eastern District Local Rule 230(c), an
7  opposition to a motion must be filed not less than fourteen (14)
8  days prior to the date of the hearing.  The hearing date on this
9  motion was set for November 18, 2010.  Fourteen (14) days prior
10 to the hearing was November 4, 2010.  No opposition was filed as
11 required.
12     In light of the fact that no opposition was filed by
13 Plaintiffs, Defendant Wachovia's Motion to Dismiss[1] (ECF No. 19)
14 is GRANTED with leave to amend.  As a result of the failure to
15 respond to this Motion, within ten (10) days from the date this
16 Memorandum and Order is electronically filed, Plaintiffs' counsel
17 shall either (1) personally pay sanctions in the amount of
18 $250.00 to the Clerk of the Court[2], or (2) show good cause for
19 the failure to comply with Local Rule 230©.
20 ///
21 ///
22 ///
23 ///
24 ///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

[2] The Court is authorized to impose sanctions for failure to comply with the Local Rules.  E.D. Cal. Local Rule 110.

2

1    Plaintiffs may file an amended complaint not later than
2 twenty (20) days after the date this Memorandum and Order is
3 filed electronically.  If no amended complaint is filed within
4 said twenty (20)-day period, without further notice, Plaintiffs'
5 claims will be dismissed without leave to amend.
6    IT IS SO ORDERED.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3