UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRIS and GLORIA MARTINEZ,            No. 2:10-cv-02780-MCE-KJM

        Plaintiffs,

  v.                                    ORDER

WORLD SAVINGS, INC., et al.,

        Defendants.

----oo0oo----

The Court is in receipt of Plaintiffs' counsel's Response to the Court's Order to Show Cause (ECF No. 12). At this time, no sanctions are ordered and Plaintiffs' counsel is not required to pay the Court.

However, Mr. Sargetis, and the United Law Center, are admonished in the strongest possible terms to learn, and use, the Eastern District of California's Local Rules, in addition to the Federal Rules of Civil Procedure.

///
///
///
///

1

1 Counsel must also comply with all orders given by this Court.
2 Any future failure to comply with the Court's orders will result
3 in sanctions, monetary or otherwise, in the future.
4 IT IS SO ORDERED.
5 DATED: December 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE