UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| CHRIS MARTINEZ and GLORIA MARTINEZ<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS INC. dba WORLD SAVINGS BANK, FSB; WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORPORATION; RON BROWN AND ASSOCIATES; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:10-cv-02780-MCE-KJM<br><br>**ORDER GRANTING DEFENDANT WACHOVIA MORTGAGE'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO DISMISS**<br><br>Date:  February 10, 2011<br>Time:  2:00 p.m.<br>Courtroom:   7 |

The Court has reviewed the request by defendants Wachovia Mortgage's (formerly known as World Savings Bank, FSB and Wachovia Mortgage, FSB, now a division of Wells Fargo Bank, NA), erroneously sued as World Savings, Inc., Wachovia Mortgage Corporation and Wells Fargo Bank, NA (collectively "Wachovia) counsel to appear telephonically at the hearing on Wachovia's motion to dismiss the first amended complaint scheduled for February 10, 2011.

The Court, having read and considered the request, find and orders as follows:

Defendant Wachovia's Request to Appear Telephonically at the hearing on Wachovia's motion to dismiss the first amended complaint scheduled for February 10, 2011 is GRANTED.

IT IS HEREBY ORDERED:

1. That Wachovia's counsel may appear telephonically at the hearing on Wachovia's motion to dismiss the first amended complaint scheduled for February 10, 2011; and

2. Wachovia's counsel, Raymond M. Collins, will be contacted by this Court's Clerk at 2:00 p.m. on the date of the hearing at telephone number (626) 535-1913 (Wachovia's counsel's direct line).

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE